IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHNEIDER, | No. C 10-5753 WHA |
| Petitioner, | |
| vs. | **ORDER STAYING ACTION** |
| JIM MACDONALD, Warden at La Palma Correctional Center (Eloy, AZ), and MATTHEW CATE, Secretary of California Department of Corrections and Rehabilitation, | |
| Respondents. | |

Petitioner seeks a stay of this action pending resolution of his petition for review of his state habeas petition in the California Supreme Court. Respondents do not oppose a stay.

This action is stayed pending petitioner's exhaustion of his state habeas petition. Petitioner shall submit a status report by **JUNE 6, 2011**, indicating the status of his appeal to the California Supreme Court. If that court has rendered a decision on petitioner's state petition before then, petitioner shall file a status report so stating within **TWO WEEKS** of such decision.

**IT IS SO ORDERED.**

Dated: January 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE