IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHNEIDER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JIM MACDONALD, Warden at La Palma Correctional Center (Eloy, AZ), and MATTHEW CATE, Secretary of California Department of Corrections and Rehabilitation,<br><br>　　　　　Respondents.<br>　　　　　　　　　　　　　　　　　／ | No. C 10-5753 WHA<br><br>**ORDER REGARDING ADMISSION OF ATTORNEY DORINGER TO PRACTICE IN DISTRICT COURT** |

　　　Emily Doringer, counsel for petitioner, has been advised twice by this Court's Case Systems Administrator that she is not admitted to practice in our district court and that she must fulfill the requirements for being admitted. Attorney Doringer has not responded to these inquiries. Therefore, Attorney Doringer has until **WEDNESDAY, FEBRUARY 9, 2011**, to become admitted.

　　　**IT IS SO ORDERED.**

Dated: January 31, 2011.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE