1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

8

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10

11 | MICHAEL SCHNEIDER,

CASE NO.: CV 10-5753 WHA

12 |             Petitioner,

13 |      vs.

14 | JIM MACDONALD, WARDEN, at LA
PALMA CORRECTIONAL CENTER (ELOY,
15 | AZ); and MATTHEW CATE, SECRETARY
OF CALIFORNIA DEPARTMENT OF
16 | CORRECTIONS AND REHABILITATION,

[PROPOSED] ORDER GRANTING
EXTENSION OF TIME TO OBTAIN
ADMISSION

17 |             Respondents.

18
19
20
21
22
23
24
25
26
27
28

1    [PROPOSED] ORDER GRANDING EXTENSION OF TIME TO OBTAIN ADMISSION

2

3         This matter having come before me and upon a showing of

4    good cause therefore,

5         IT IS HEREBY ORDERED THAT Attorney Emily E. Doringer is

6    granted an extension of time to February 21, 2011 to fulfill all

7    requirements to become admitted to this Court.

8         By prior order dated January 31, 2011, this Court directed

9    Ms. Doringer to gain admittance by Wednesday, February 9, 2011.

10   Based upon the request for extension of time and the reasons set

11   forth therein, the deadline for Ms. Doringer to become admitted

12   is hereby extended to Monday, February 21, 2011.

13        IT IS SO ORDERED.

14   Dated:  February 9, 2011.

15                                    WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28