IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHNEIDER, | No. C 10-5753 WHA |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| JIM MACDONALD, Warden at La Palma Correctional Center (Eloy, AZ), and MATTHEW CATE, Secretary of California Department of Corrections and Rehabilitation, | |
| Respondents. | |

Counsel for petitioner are ordered to show cause why this case should not be dismissed or other sanctions imposed on account of Attorney Emily Doringer's refusal to become admitted to practice in our district court. A show cause hearing is scheduled for **MARCH 17, 2011, AT 11:00 A.M.**, and any statement showing cause must be made under oath and filed by **MARCH 16**. No extensions will be granted.

**IT IS SO ORDERED.**

Dated: February 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE