IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHNEIDER,<br><br>    Petitioner,<br><br>  vs.<br><br>JIM MACDONALD, Warden at La Palma Correctional Center (Eloy, AZ), and MATTHEW CATE, Secretary of California Department of Corrections and Rehabilitation,<br><br>    Respondents.<br>　　　　　　　　　　　　　　　　　　／ | No. C 10-5753 WHA<br><br>**ORDER REGARDING PETITIONER'S COUNSEL'S FAILURE TO FILE STATUS REPORT** |

An order dated January 5, 2011, stayed this matter pending petitioner's exhaustion of his state habeas petition. That order required petitioner's counsel to submit a status report by June 6, 2011, indicating the status of his appeal to the California Supreme Court. No such report was filed. Petitioner's counsel are ordered to file such report by **JUNE 10, 2011**.

**IT IS SO ORDERED.**

Dated: June 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE