IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHNEIDER, | No. C 10-5753 WHA |
| Petitioner, | |
| vs. | **ORDER TO SHOW CAUSE** |
| JIM MACDONALD, Warden at La Palma Correctional Center (Eloy, AZ), and MATTHEW CATE, Secretary of California Department of Corrections and Rehabilitation, | |
| Respondents. | |

This matter is stayed pending petitioner's exhaustion of his state habeas petition. Petitioner's counsel were required to submit a status report by June 6, indicating the status of petitioner's appeal to the California Supreme Court. They failed to do so. They were then ordered to file such report by June 10. Again, they failed to do so. Petitioner's counsel are ordered to show cause why this case should not be dismissed for failure to prosecute, by **JUNE 24, 2011**. If they do not respond by June 24, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE