IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SCHNEIDER,

    Petitioner,

vs.

JIM MACDONALD, Warden at La Palma Correctional Center (Eloy, AZ), and MATTHEW CATE, Secretary of California Department of Corrections and Rehabilitation,

    Respondents.

No. C 10-5753 WHA

**ORDER VACATING STAY AND SETTING MOTION DEADLINE**

    Given the response by petitioner's counsel indicating that the state petition was denied by the California Supreme Court on June 8, the order to show cause is discharged and the stay that was imposed pending completion of state court review is **VACATED**. Petitioner's counsel shall fix the problems they had with paying attention to properly-served orders. We may now proceed with this action. Petitioner's counsel state that they wish to move for leave to amend the petition. They shall do so by **JULY 6, 2011, AT NOON**. They shall append the proposed amended petition and indicate what is new. If they do not file their motion by the deadline, we will proceed on the extant petition.

    **IT IS SO ORDERED.**

Dated: June 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE