**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SCHNEIDER,

    Petitioner,

  v.

JIM MACDONALD, Warden at La Palma Correctional Center (Eloy, AZ) and MATTHEW CATE, Secretary of California Department of Corrections and Rehabilitation,

    Respondents.

No. C 10-05753 WHA

**JUDGMENT**

Pursuant to the order denying the petition for writ of habeas corpus, **JUDGMENT IS HEREBY ENTERED** in favor of respondents, Jim MacDonald and Matthew Cate, and against petitioner Michael Schneider. As stated in that order, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 12, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE